IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RITHA CHANNETTE SMITH, | § | |
|     Plaintiff, | § | |
| v. | § | No. 3:18-CV-640-N |
| NANCY A. BERRYHILL, | § | |
|     Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Rebecca Rutherford. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that this case is dismissed without prejudice for Plaintiff's failure to prosecute.

**SO ORDERED** this 30th day of July, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE